**Order entered July 21, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00590-CV

## IN RE JONATHAN RUTE, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and deny the request for emergency relief as moot.

/s/  CRAIG SMITH
JUSTICE